IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


SOUTHERN POWER COMPANY,      )
                             )
       Plaintiff,            )
                             )        CIVIL ACTION NO.
       v.                    )          2:05cv183-T
                             )             (WO)
WEIR VALVES & CONTROLS       )
USA, INC.,                   )
                             )
       Defendant.            )

ORDER

It is ORDERED that defendant's motion to dismiss (Doc.

No. 3) is denied.

DONE, this the 3rd day of May, 2005.


              ___/s/ Myron H. Thompson____
              UNITED STATES DISTRICT JUDGE